United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In Re:

Yolande S Murff

Debtors

Case No. 07 B 05653
Chapter 13

Judge Timothy A Barnes

Statement in Response to Notice of Final Cure Payment

Part 1: Pre-Petition Arrears

Creditor (Mortgage First) agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default allowed to be paid through the Chapter 13 Plan.

Part 2: Sign Here

The person completing this Statement must sign it. Print your name and other identifying information.

I am the creditor

I certify under penalty of perjury that the foregoing is true and correct.

_____  Date 4/30/2013
Signature

Print: Alese Mortensen

Accounting Manager
Title

Mortgage First
Company
Address: P.O. Box 445, Kaysville, Utah 84037

801-660-4650                        amortensen@mortgagefirstinc.com
Phone                               Email

Part 3: Service

Notice Mailed to: Yolanda S Murff

Debtor(s) address:  153 E 146th St, Riverdale, IL 60827

Debtor(s) Counsel:  Zalutsky & Pinski Ltd

     Via US Mail (address) 20 N Clark St Ste 600, Chicago, IL 60602

Trustee: Marilyn O Marshall

     Via US Mail (address)  224 S Michigan Ave, Ste 800 Chicago, IL 60604